**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**George H. ROCK Defendant-Appellant**

No. 17-2310

United States Court of Appeals,
Eighth Circuit.

Submitted February 6, 2018
Filed February 8, 2018

Alison D. Dunning, Assistant U.S. Attorney, U.S. Attorney's Office, Kansas City, MO, for Plaintiff-Appellee

John Jenab, Jenab Law Firm, Olathe, KS, for Defendant-Appellant

George H. Rock, Pro Se

Before GRUENDER, BOWMAN, and KELLY, Circuit Judges.

PER CURIAM.

George Rock appeals the above-guidelines sentence the district court[1] imposed after he pleaded guilty to a felon-in-possession offense. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), presenting as an issue whether Rock's sentence is unreasonable.

Upon careful review, we conclude that Rock's sentence is not unreasonable. *See United States v. Feemster*, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard); *United States v. Mangum*, 625 F.3d 466, 469-70 (8th Cir. 2010) (holding that upward variance was reasonable where court made individualized assessment of 18 U.S.C. § 3553(a) factors based on facts presented and considered defendant's proffered information). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. "We remind counsel, however, of their obligation in filing an *Anders* brief. Such a brief must be done as an advocate for the appellant, not the government, and should refer to anything in the record that might arguably support the appeal." *See United*

States v. Frazier, 133 F.3d 923, 923 (8th Cir. 1997) (per curiam) (citing *Evans v. Clarke*, 868 F.2d 267, 268 (8th Cir. 1989)).

Accordingly, we grant counsel leave to withdraw, and we affirm.

---

1. The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.